# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### SD DIVISION

|  |  |
|---|---|
| In re: TORRES, GEORGE § TORRES, MARIA § § Debtor(s) § | Case No. 09-17147 (REG) |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 06, 2009. The undersigned trustee was appointed on December 07, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         30,728.70

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 5,390.32 |
| Administrative expenses | 21,305.04 |
| Bank service fees | 546.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 3,487.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/20/2010 and the deadline for filing governmental claims was 06/04/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,822.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $3,350.12 as interim compensation and now requests the sum of $472.75, for a total compensation of $3,822.87.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $94.46, for total expenses of $94.46.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/07/2013          By: /s/JOHN S. PEREIRA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-17147 (REG)  **Trustee:** (521200) JOHN S. PEREIRA
**Case Name:** TORRES, GEORGE  **Filed (f) or Converted (c):** 12/06/09 (f)
TORRES, MARIA  **§341(a) Meeting Date:** 01/06/10
**Period Ending:** 08/07/13  **Claims Bar Date:** 12/20/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH HELD BY DEBTOR | 50.00 | 0.00 | | 0.00 | FA |
| 2 | SECURITY DEPOSIT WITH LANDLORD: MARIA VITIELLO 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | COOKING UTENSILS & TABLEWARE | 165.00 | 0.00 | | 0.00 | FA |
| 4 | MISC. HOUSEHOLD ELECTRONICS | 575.00 | 0.00 | | 0.00 | FA |
| 5 | MISC. HOUSEHOLD FURNITURE | 360.00 | 0.00 | | 0.00 | FA |
| 6 | MISC. USED CLOTHING | 370.00 | 0.00 | | 0.00 | FA |
| 7 | * ERISA PENSION PLAN WITH: 1199 SEIU 330 WEST 42 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | NEW YORK, NY | 10,036.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 DODGE CARAVAN (115,000 MILES) | 575.00 | 0.00 | | 0.00 | FA |
| 10 | A/P v. JASON TORRES (u)<br>A/P #10-03330 to recover real property transferred to son. - Defendant filed Chapter 13. Although proof of claim filed, case was dismissed for lack of funds to file a plan. No hope of recovery. | Unknown | 0.00 | | 28,977.28 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.42 | Unknown |
| 11 | **Assets    Totals** (Excluding unknown values) | **$14,131.00** | **$0.00** | | **$28,978.70** | **$0.00** |

**Major Activities Affecting Case Closing:**

A/P brought; settlement reached. After half was paid defendant filed Chapter 13; proof of claim filed.

Trustee retained counsel; summons and complaint filed to recover value of real property transferred by debtors to their son. $50,000 settlement reached; after about half was paid, Defendant filed for Chapter 13 bankruptcy protection. We filed a proof of claim for the defaulted amount in the settlement agreement ($155, less payments received). Defendant's Chapter 13 was ultimately dismissed for lack of funds to file a plan. No hope of recovery so claim will be abandoned and final report filed. Interim distribution of 20% has been made to creditors.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2011        **Current Projected Date Of Final Report (TFR):**    August 1, 2013

Printed: 08/07/2013 03:43 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-17147 (REG) | | Trustee: | JOHN S. PEREIRA (521200) |
|---|---|---|---|---|
| Case Name: | TORRES, GEORGE | | Bank Name: | The Bank of New York Mellon |
| | TORRES, MARIA | | Account: | ****-******53-65 - Checking Account |
| Taxpayer ID #: | **-***2298 | | Blanket Bond: | $93,810,000.00 (per case limit) |
| Period Ending: | 08/07/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/11/11 | {10} | Jason Torres | Acct #1; Payment #0; Initial payment in settlement of adversary proceeding | 1249-000 | 13,000.00 | | 13,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 13,000.06 |
| 05/11/11 | {10} | Jason Torres and Damis Gonzalez | Acct #1; Payment #1; Monthly payment per stipulation | 1249-000 | 1,750.00 | | 14,750.06 |
| 05/31/11 | {10} | Jason Torres and Damis Gonzalez | Acct #1; Payment #2; Monthly payment per stipulation. | 1249-000 | 1,750.00 | | 16,500.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 16,500.17 |
| 06/30/11 | {10} | Jason Torres | Acct #1; Payment #3; Monthly payment per stipulation. | 1249-000 | 1,750.00 | | 18,250.17 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 18,250.29 |
| 07/08/11 | 1001 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/08/2011 FOR CASE #09-17147 | 2300-000 | | 11.07 | 18,239.22 |
| 07/19/11 | {10} | Jason Torres | Acct #1; Payment #4; Monthly payment per stipulation. | 1249-000 | 1,750.00 | | 19,989.22 |
| 07/19/11 | {10} | Jason Torres | Acct #1; Payment #4; Reversed Deposit 100004 1 Monthly payment per stipulation. | 1249-000 | -1,750.00 | | 18,239.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 18,239.35 |
| 08/01/11 | {10} | Jason Torres | Acct #1; Payment #4; Monthly payment per stipulation. | 1249-000 | 1,750.00 | | 19,989.35 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.43 | 19,955.92 |
| 08/04/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -33.43 | 19,989.35 |
| 08/30/11 | | Jason Torres | Monthly payment per stipulation. | 1249-000 | 1,750.00 | | 21,739.35 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 21,739.50 |
| 09/13/11 | {10} | Jason Torres | Acct #1; Payment #4; Reversed Deposit 100007 1 Monthly payment per stipulation. | 1249-000 | -1,750.00 | | 19,989.50 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,989.65 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,989.80 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.34 | 19,951.46 |
| 11/07/11 | | Jason Torres | Acct #1; Payment #4, 5; Monthly payment per stipulation. | | 2,000.00 | | 21,951.46 |
| | {10} | | Acct #1; Payment #4; Monthly payment per stipulation. 1,750.00 | 1249-000 | | | 21,951.46 |
| | {10} | | Acct #1; Payment #5; Monthly payment per 250.00 | 1249-000 | | | 21,951.46 |

Subtotals : $22,000.87 $49.41

{} Asset reference(s)

Printed: 08/07/2013 03:43 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-17147 (REG)
**Case Name:** TORRES, GEORGE
             TORRES, MARIA
**Taxpayer ID #:** **-***2298
**Period Ending:** 08/07/13

**Trustee:** JOHN S. PEREIRA (521200)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******53-65 - Checking Account
**Blanket Bond:** $93,810,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | stipulation. | | | | |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,951.63 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.74 | 21,904.89 |
| 12/05/11 | | Jason Torres | Acct #1; Payment #6, 7; Acct #1; Payment #5, 6; Monthly payment per stipulation. | | 2,000.00 | | 23,904.89 |
| | {10} | | Acct #1; Payment #6;  1,250.00 Acct #1; Payment #5, 6; Monthly payment per stipulation. | 1249-000 | | | 23,904.89 |
| | {10} | | Acct #1; Payment #7;  750.00 Acct #1; Payment #5, 6; Monthly payment per stipulation. | 1249-000 | | | 23,904.89 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,905.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.29 | 23,856.78 |
| 01/05/12 | | Jason Torres | Acct #1; Payment #5, 6; Monthly payment per stipulation. | | 2,000.00 | | 25,856.78 |
| | {10} | | Acct #1; Payment #5;  1,500.00 Monthly payment per stipulation. | 1249-000 | | | 25,856.78 |
| | {10} | | Acct #1; Payment #6;  500.00 Monthly payment per stipulation. | 1249-000 | | | 25,856.78 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,856.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.56 | 25,801.42 |
| 02/06/12 | {10} | Jason Torres | Acct #1; Payment #7; Monthly payment per stipulation. | 1249-000 | 2,000.00 | | 27,801.42 |
| 02/09/12 | {10} | Jason Torres | Acct #1; Payment #7; Monthly payment per stipulation. | 1249-000 | 363.64 | | 28,165.06 |
| 02/17/12 | 1002 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | Dividend paid 20.00% on $330.62; Claim# 1; Filed: $330.62; Reference: 6166 | 7100-000 | | 66.12 | 28,098.94 |
| 02/17/12 | 1003 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | Dividend paid 20.00% on $1,199.50; Claim# 2; Filed: $1,199.50; Reference: 7418 | 7100-000 | | 239.90 | 27,859.04 |
| 02/17/12 | 1004 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | Dividend paid 20.00% on $294.32; Claim# 3; Filed: $294.32; Reference: 2275 | 7100-000 | | 58.86 | 27,800.18 |
| 02/17/12 | 1005 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 20.00% on $4,221.47; Claim# 4; Filed: $4,221.47; Reference: 2963 | 7100-000 | | 844.28 | 26,955.90 |
| 02/17/12 | 1006 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 20.00% on $3,030.13; Claim# 5; Filed: $3,030.13; Reference: 7278 | 7100-000 | | 606.02 | 26,349.88 |
| | | | Subtotals : | | $6,364.19 | $1,965.77 | |

{} Asset reference(s)

Printed: 08/07/2013 03:43 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-17147 (REG)  
**Case Name:** TORRES, GEORGE  
TORRES, MARIA  
**Taxpayer ID #:** **-***2298  
**Period Ending:** 08/07/13

**Trustee:** JOHN S. PEREIRA (521200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******53-65 - Checking Account  
**Blanket Bond:** $93,810,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/12 | 1007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Dividend paid 20.00% on $4,159.98; Claim# 6; Filed: $4,159.98; Reference: 6102 | 7100-000 | | 831.98 | 25,517.90 |
| 02/17/12 | 1008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Dividend paid 20.00% on $1,535.80; Claim# 7; Filed: $1,535.80; Reference: 4221 | 7100-000 | | 307.16 | 25,210.74 |
| 02/17/12 | 1009 | DELL FINANCIAL SERVICES L.L.C. | Dividend paid 20.00% on $1,529.49; Claim# 8; Filed: $1,529.49; Reference: 7558 | 7100-000 | | 305.88 | 24,904.86 |
| 02/17/12 | 1010 | CHASE BANK USA, N.A. | Dividend paid 20.00% on $3,993.22; Claim# 9; Filed: $3,993.22; Reference: 7536 | 7100-000 | | 798.64 | 24,106.22 |
| 02/17/12 | 1011 | CHASE BANK USA, N.A. | Dividend paid 20.00% on $152.22; Claim# 10; Filed: $152.22; Reference: 4097 | 7100-000 | | 30.44 | 24,075.78 |
| 02/17/12 | 1012 | HSBC BANK NEVADA, N.A. | Dividend paid 20.00% on $171.10; Claim# 11; Filed: $171.10; Reference: 3294 | 7100-000 | | 34.22 | 24,041.56 |
| 02/17/12 | 1013 | GE MONEY BANK | Dividend paid 20.00% on $2,242.82; Claim# 12; Filed: $2,242.82; Reference: 6850 | 7100-000 | | 448.56 | 23,593.00 |
| 02/17/12 | 1014 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Dividend paid 20.00% on $678.24; Claim# 13; Filed: $678.24; Reference: 4860 | 7100-000 | | 135.64 | 23,457.36 |
| 02/17/12 | 1015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Dividend paid 20.00% on $1,818.71; Claim# 14; Filed: $1,818.71; Reference: 9246 | 7100-000 | | 363.74 | 23,093.62 |
| 02/17/12 | 1016 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Dividend paid 20.00% on $480.21; Claim# 15; Filed: $480.21; Reference: 5147 | 7100-000 | | 96.04 | 22,997.58 |
| 02/17/12 | 1017 | HSBC BANK NEVADA, N.A. | Dividend paid 20.00% on $1,114.26; Claim# 16; Filed: $1,114.26; Reference: 2634 | 7200-000 | | 222.84 | 22,774.74 |
| 02/17/12 | 1018 | JOHN S. PEREIRA | TRUSTEE INTERIM COMMISSIONS, PER ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION, DATED FEBRUARY 15, 2012 | 2100-000 | | 3,350.12 | 19,424.62 |
| 02/17/12 | 1019 | JONES & SCHWARTZ, P.C. | ATTORNEYS FOR TRUSTEE INTERIM COMPENSATION, PER ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION, DATED FEBRUARY 15, 2012 | 3210-000 | | 17,700.55 | 1,724.07 |
| 02/17/12 | 1020 | JONES & SCHWARTZ, P.C. | ATTORNEYS FOR TRUSTEE EXPENSES, PER ORDER GRANTING APPLICATIONS | 3220-000 | | 238.50 | 1,485.57 |

Subtotals :    $0.00    $24,864.31

{} Asset reference(s)    Printed: 08/07/2013 03:43 PM    V.13.13

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-17147 (REG)  
**Case Name:** TORRES, GEORGE  
TORRES, MARIA  
**Taxpayer ID #:** **-***2298  
**Period Ending:** 08/07/13  

**Trustee:** JOHN S. PEREIRA (521200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******53-65 - Checking Account  
**Blanket Bond:** $93,810,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | FOR ALLOWANCE OF REIMBURSEMENT OF EXPENSES, DATED FEBRUARY 15, 2012 | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.21 | 1,433.36 |
| 03/05/12 | | Jason Torres | Acct #1; Payment #7, 8; Monthly payment per stipulation. | | 2,000.00 | | 3,433.36 |
| | {10} | | Acct #1; Payment #7;     1,303.03 Monthly payment per stipulation. | 1249-000 | | | 3,433.36 |
| | {10} | | Acct #1; Payment #8;     696.97 Monthly payment per stipulation. | 1249-000 | | | 3,433.36 |
| 03/05/12 | {10} | Jason Torres | Acct #1; Payment #8; Monthly payment per stipulation. | 1249-000 | 363.64 | | 3,797.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,772.00 |
| 04/05/12 | | Jason Torres | Monthly payment per stipulation. | 1249-000 | 2,000.00 | | 5,772.00 |
| 04/13/12 | | Jason Torres | Reversed Deposit 100014 1 Monthly payment per stipulation. | 1249-000 | -2,000.00 | | 3,772.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,747.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,722.00 |
| 06/22/12 | 1021 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/22/2012 FOR CASE #09-17147 | 2300-000 | | 2.26 | 3,719.74 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,694.74 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,669.74 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,644.74 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,619.74 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,594.74 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,569.74 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052120088 20121213 | 9999-000 | | 3,569.74 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,728.70 | 30,728.70 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,569.74 | |
| | | | **Subtotal** | | 30,728.70 | 27,158.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,728.70** | **$27,158.96** | |

{} Asset reference(s)                                                                                           Printed: 08/07/2013 03:43 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-17147 (REG)  
**Case Name:** TORRES, GEORGE  
TORRES, MARIA  
**Taxpayer ID #:** **-***2298  
**Period Ending:** 08/07/13

**Trustee:** JOHN S. PEREIRA (521200)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $93,810,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,569.74 | | 3,569.74 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,559.74 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,549.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,539.74 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,529.74 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,519.74 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,509.74 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,499.74 |
| 07/31/13 | 11022 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2013 FOR CASE #09-17147 | 2300-000 | | 2.54 | 3,497.20 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,487.20 |
| | | | **ACCOUNT TOTALS** | | 3,569.74 | 82.54 | **$3,487.20** |
| | | | Less: Bank Transfers | | 3,569.74 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 82.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$82.54** | |

Net Receipts : 30,728.70  
Net Estate : $30,728.70

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******53-65 | 30,728.70 | 27,158.96 | 0.00 |
| Checking # ******7866 | 0.00 | 82.54 | 3,487.20 |
| | $30,728.70 | $27,241.50 | $3,487.20 |

{} Asset reference(s)

Printed: 08/07/2013 03:43 PM    V.13.13

# Exhibit C - Claims Register

## Case: 09-17147 (REG)   TORRES, GEORGE

Claims Bar Date: 12/20/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB ASSIGNEE/VICTORIA'S SECRET PO BOX 248872 OKLAHOMA CITY, OK 73124-8872 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/30/10 | 6166 ok | $330.62 $330.62 | $66.12 | $264.50 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB ASSIGNEE/VICTORIA'S SECRET PO BOX 248872 OKLAHOMA CITY, OK 73124-8872 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/30/10 | 7418 ok | $1,199.50 $1,199.50 | $239.90 | $959.60 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB ASSIGNEE/BRYLANE HOME PO BOX 248872 OKLAHOMA CITY, OK 73124-8872 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/30/10 | 2275 ok | $294.32 $294.32 | $58.86 | $235.46 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET PO BOX 248866 OKLAHOMA CITY, OK 73124-8866 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/01/10 | 2963 ok | $4,221.47 $4,221.47 | $844.28 | $3,377.19 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET PO BOX 248866 OKLAHOMA CITY, OK 73124-8866 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/01/10 | 7278 ok | $3,030.13 $3,030.13 | $606.02 | $2,424.11 |
| 6 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/01/10 | 6102 ok | $4,159.98 $4,159.98 | $831.98 | $3,328.00 |
| 7 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/01/10 | 4221 ok | $1,535.80 $1,535.80 | $307.16 | $1,228.64 |

# Exhibit C - Claims Register

## Case: 09-17147 (REG)    TORRES, GEORGE

Claims Bar Date: 12/20/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | DELL FINANCIAL SERVICES L.L.C. C/O RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE, SC 29603-0390 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/06/10 | 7558 ok | $1,529.49 $1,529.49 | $305.88 | $1,223.61 |
| 9 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/11/10 | 7536 ok | $3,993.22 $3,993.22 | $798.64 | $3,194.58 |
| 10 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/11/10 | 4097 ok | $152.22 $152.22 | $30.44 | $121.78 |
| 11 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tuscon, AZ 85712 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/01/10 | 3294 ok - Notice of Transfer of Claim other than Security filed 4/20/13. (doc 46) | $171.10 $171.10 | $34.22 | $136.88 |
| 12 | MIDLAND FUNDING LLC BY ITS AUTHORIZED AGENT RECOSER, LLC 25 SE 2ND AVE, SUITE 1120 MIAMI, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/05/10 | 6850 ok - Notice of Transfer of Claim other than Security filed 1/29/13 (doc 45) | $2,242.82 $2,242.82 | $448.56 | $1,794.26 |
| 13 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/08/10 | 4860 ok | $678.24 $678.24 | $135.64 | $542.60 |
| 14 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/08/10 | 9246 ok | $1,818.71 $1,818.71 | $363.74 | $1,454.97 |

# Exhibit C - Claims Register

## Case: 09-17147 (REG)   TORRES, GEORGE

Claims Bar Date: 12/20/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/08/10 | 5147 ok | $480.21 $480.21 | $96.04 | $384.17 |
| 16 | CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD, SUITE 200 TUCSON, AZ 85712 <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured 06/29/11 | 2634 ok - Notice of Transfer of Claim other than Security filed 11/1/12. (doc 42) | $1,114.26 $1,114.26 | $222.84 | $891.42 |
|  |  |  | **Case Total:** |  | **$5,390.32** | **$21,561.77** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-17147 (REG)
Case Name: TORRES, GEORGE
Trustee Name: JOHN S. PEREIRA

**Balance on hand:** $ 3,487.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,487.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN S. PEREIRA | 3,822.87 | 3,350.12 | 472.75 |
| Trustee, Expenses - JOHN S. PEREIRA | 94.46 | 0.00 | 94.46 |
| Attorney for Trustee, Fees - JONES & SCHWARTZ, P.C. | 34,702.00 | 17,700.55 | 2,657.58 |
| Attorney for Trustee, Expenses - JONES & SCHWARTZ, P.C. | 427.69 | 238.50 | 12.41 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 3,487.20
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,837.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | 330.62 | 66.12 | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | 1,199.50 | 239.90 | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB | 294.32 | 58.86 | 0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 4,221.47 | 844.28 | 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 3,030.13 | 606.02 | 0.00 |
| 6 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | 4,159.98 | 831.98 | 0.00 |
| 7 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | 1,535.80 | 307.16 | 0.00 |
| 8 | DELL FINANCIAL SERVICES L.L.C. | 1,529.49 | 305.88 | 0.00 |
| 9 | CHASE BANK USA, N.A. | 3,993.22 | 798.64 | 0.00 |
| 10 | CHASE BANK USA, N.A. | 152.22 | 30.44 | 0.00 |
| 11 | eCAST Settlement Corporation | 171.10 | 34.22 | 0.00 |
| 12 | MIDLAND FUNDING LLC | 2,242.82 | 448.56 | 0.00 |
| 13 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | 678.24 | 135.64 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | 1,818.71 | 363.74 | 0.00 |
| 15 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | 480.21 | 96.04 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,114.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 20.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 16 | CAPITAL ONE, N.A. | 1,114.26 | 222.84 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None |  |  |  |  |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**